AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
FEB 0 9 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| --- | --- |
| v. | ) |
| Jonathan Emmanuel SANCHEZ<br>COB: United States<br>YOB: 2001 | ) Case No. M-20-0369-M |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/08/2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 10.36 kilograms of Methamphetamine, a Schedule II controlled substance. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 10.36 kilograms of Methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
SEE ATTACHMENT A

☑ Continued on the attached sheet.

/S/ Ali Muhiuddin
*Complainant's signature*

Ali Muhiuddin, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: 2/9/20 - @2:46 pm

City and state: McAllen, TX

*Judge's signature*

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On February 8, 2020, at approximately 0150 hours, Jonathan Emmanuel SANCHEZ (United States Citizen) traveling in a commercial bus applied for entry into the United States (U.S.) via the Hidalgo, Texas, Port of Entry (POE). A Customs and Border Protection Officer (CBPO) obtained a negative declaration for narcotics and other items and conducted an inspection of SANCHEZ's luggage. The CBPO while inspecting the content of one of SANCHEZ's bags noticed the texture within a small package of candy within a large mix of candy. These commercially sealed bags were labeled as lollipops, however contained crystal like pieces instead.

A CBP K-9 subsequently alerted to the odor of narcotics within the inspected bag. The substance field tested positive for methamphetamine. The bags containing the suspected controlled substance collectively weighed 10.36 kilograms.

On February 8, 2020, at approximately 0450 hours, Homeland Security Investigations (HSI) Special Agent (SA) Ali Muhiuddin and HSI Task Force Officer (TFO) Jesus Cellular interviewed SANCHEZ, who waived his Miranda Rights in writing. The interview was conducted in the Spanish language and translated by TFO Cellular. SANCHEZ stated the following in summary (non-verbatim):

SANCHEZ claimed the bag containing the narcotics was in his possession, however belonged to his acquaintance in the United States. On two previous occasions SANCHEZ transported the exact same bag to his acquaintance and was paid $120 and $170, respectively. SANCHEZ on the first two occasions claimed to have transported various food items, and believed it was the same on this occasion. SANCHEZ believed he would be paid on this occasion, however did not know the amount. SANCHEZ admitted he found it odd he has been asked to bring in bags belonging to his acquaintance, however did not elaborate further. SANCHEZ is aware controlled substances are often brought into the U.S. from Mexico via port of entries.